MARTIN D. MATLAGA, ESQ., LLC
By: **Martin D. Matlaga, Esq.**
53 Paterson Street
New Brunswick, New Jersey 08901-2136
telephone: (732)932-7226
fax: (732)932-8066
Attorney for defendant FRANCISCO J. HERRERA-GENAO

------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA : | UNITED STATES DISTRICT COURT |
| : | DISTRICT OF NEW JERSEY |
| v. : | Criminal Case Number 07-454 (GEB) |
| : | Federal register number 28597050 |
| FRANCISCO J. HERRERA- : | |
| GENAO, et al, : | CRIMINAL ACTION |
| : | |
| defendants. : | NOTICE OF MOTIONS |

------------------------------------------------

RECEIVED

FEB 0 4 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

To:   HON. GARRETT E. BROWN, JR.,
      Chief United States District Court Judge
      402 East State Street, Courtroom 4 East
      Trenton, N.J. 08608

      ASST. U.S. ATTORNEY CHARLES B. McKENNA
      U.S. Attorney's Office
      970 Broad Street, Suite 700
      Newark, N.J. 07102

PLEASE TAKE NOTICE that the undersigned attorney for defendant FRANCISCO J. HERRERA-GENAO shall apply to the Hon. Garrett E. Brown, Jr., Chief United States District Court Judge, of the above-named court at the courthouse in Trenton, New Jersey on a date to be set by the Court at 9:00 am or as soon thereafter as counsel may be heard for an order directing that the motions or applications by the defendant be granted.

In support of these motions, the defendant will rely upon oral argument and briefs-in-support attached as appendices hereto.

Dated: January 21, 2008

By: _____
Martin D. Matlaga, Esq.